RICHARD S. HARTUNIAN
United States Attorney

Jeremy A. Linden
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2473
jeremy.linden@ssa.gov
Bar No. 516734

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

------------------------------------------------------- x
JESSICA L. PICKETT,                                     :
                                                        :
            Plaintiff,                                  :  **Hon. David E. Peebles**
                                                        :
      v.                                                :  **Civil Action No. 12-0497-TJM-DEP**
                                                        :
                                                        :
MICHAEL J. ASTRUE,                                      :  **CONSENT ORDER TO REMAND**
COMMISSIONER OF                                         :  **PURSUANT TO SENTENCE 4 OF**
SOCIAL SECURITY,                                        :  **42 U.S.C. § 405(g)**
                                                        :
            Defendant.                                  :
------------------------------------------------------- x

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Jeremy A. Linden, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken with regard to Plaintiff's June 9, 2009 applications for Title II Disability Insurance Benefits and Title XVI Supplemental Security Income under the Social Security Act, including offering Plaintiff the opportunity to have a de novo administrative

hearing on her claim; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this ___7th___ day of ___November___, 2012;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

_____
Hon. David E. Peebles, Magistrate Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

            RICHARD S. HARTUNIAN
            United States Attorney

By:    */s/ Jeremy A. Linden*
        Jeremy A. Linden
        Special Assistant U.S. Attorney
        Attorney for Defendant
        Bar No. 516734


        Legal Services of Central New York - Syracuse
        472 South Salina Street
        Suite 300
        Syracuse, NY  13202

By:    */s/  Christopher Cadin*
        Christopher Cadin
        Attorney for Plaintiff
        Bar No. 505497