# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Jessica L. Pickett**
   Plaintiff
 vs.         **CASE NUMBER: 5:12-CV-497 (TJM/DEP)**

**Michael J. Astrue, Commissioner of Social Security**
   Defendant

**Decision by Court.**  This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon consent of the parties it is ordered that the final decision of the Commissioner be and hereby is REVERSED and the matter is REMANDED pursuant to sentence 4 of 42 USC section 405(g) for further administrative proceedings, therefore the Complaint filed by Jessica L. Pickett is DISMISSED in accord with the decision in Melkonyan v. Sullivan.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 7th day of November, 2012.

DATED: November 7, 2012

*[signature]*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk