UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JESSICA L. PICKETT,

                Plaintiff,

     v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

                Defendant.
------------------------------------------------------------ x

## CONSENT ORDER AWARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA"), 28 U.S.C. § 2412(d)

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees under the Equal Access to Justice Act ("EAJA") (28 U.S.C. § 2412) in the amount of six thousand four hundred thirty-one dollars and sixty cents ($6,431.60).

Such award is made in full satisfaction of plaintiff's claim for attorney fees and expenses pursuant to the EAJA.

AND, the Court having reviewed the record in this matter;

IT IS on this 3rd day of December, 2012;

ORDERED that plaintiff be awarded fees under EAJA in the amount of six thousand four hundred thirty-one dollars and sixty cents ($6,431.60).

It is further agreed that fees are payable to the plaintiff, but if plaintiff does not owe a debt subject to offset under the Treasury Offset Program, payable to the attorney.

                                        Hon. David E. Peebles, Magistrate Judge
                                        United States District Court

The undersigned hereby consent to the form and entry of the within order.

        Richard S. Hartunian
        United States Attorney

By: /s/Jeremy A. Linden
    Jeremy A. Linden
    Special Assistant U.S. Attorney
    c/o Social Security Administration
    Office of General Counsel
    26 Federal Plaza, Room 3904
    New York, NY 10278
    Bar No. 516734

By: /s/ Christopher Cadin
    Christopher Cadin, Esq.
    Attorney for Plaintiff
    Legal Services of Central New York –Syracuse
    472 South Salina Street, Suite 300
    Syracuse, NY 13202
    Bar No. 505497